**IN THE UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| DOLLY E. FEREBEE-SNIPE<br>DEBTOR | )<br>)<br>) | CHAPTER 7 |
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING<br>MOVANT | )<br>)<br>)<br>) | CASE NO. 21-11577-AMC |
| VS.<br>DOLLY E. FEREBEE-SNIPE<br>DEBTOR, | )<br>)<br>)<br>) | 11 U.S.C. SECTION 362 AND 1301 |
| ROBERT H. HOLBER, ESQ<br>TRUSTEE | )<br>)<br>) | |

**ORDER**

AND NOW, this _____ day of _____, 2021 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301, is modified with respect to the subject premises located at 859 West Chestnut Street, Coatesville, PA 19320 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____

**Date: August 19, 2021**　　　　　　　　　　　　　　　　　　　　　　　　BJ.

VIA US MAIL

DEBTOR
DOLLY E. FEREBEE-SNIPE
4012 CHIPPENDALE STREET
PHILADELPHIA, PA 19136

ATTORNEY FOR DEBTOR
GEORGETTE MILLER
MARGOLIS EDELSTEIN
THE CURTIS CENTER
170 S. INDEPENDENCE MALL W
SUITE 400
PHILADELPHIA, PA 19106

TRUSTEE
ROBERT H. HOLBER
ROBERT H. HOLBER PC
41 EAST FRONT STREET
MEDIA, PA 19063

U.S. TRUSTEE
UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET SUITE 502
PHILADELPHIA, PA 19106